been sustained by plaintiff through the negligence of defendant, his employer.

*Alexander S. Diven* for appellant.

*Mortimer L. Sullivan* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

FRANK L. KENNY et al., Appellants, *v.* THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.

*New York city — validity of regulation of department of health preventing carting of manure directly from stables to points outside city.*

*Kenny* v. *Dept. of Health, City of New York,* 200 App. Div. 870, affirmed.

(Argued March 2, 1923; decided March 20, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered January 17, 1922, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. Plaintiffs were in the business of carting horse manure from stables in the borough of Manhattan to places outside the city of New York. On February 25, 1919, the department of health enacted a regulation the effect of which was to prevent the carting of manure directly from the stables in the city to points outside of the city and to compel the carting of the manure to dumps operated under the permits issued by the department of health and to farms in the unimproved sections of the city. In this action judgment was demanded declaring such regulation of the department of health of the city of New York void and enjoining the defendant from enforcing said regulation and enjoining the defendant from revoking certain permits issued to the plaintiffs.

*Jeremiah D. Toomey* for appellants.

*George P. Nicholson, Corporation Counsel (William R. Wilson, Charles J. Druhan* and *John B. Shanahan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE P. PHILLIPS, Appellant.

*Crimes — attempted rape in first degree — judgment of conviction affirmed.*

*People* v. *Phillips*, 204 App. Div. 112, affirmed.

(Argued March 6, 1923; decided March 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1923, which affirmed a judgment of the Orange County Court rendered upon a verdict convicting defendant of the crime of attempted rape in the first degree.

*Nathaniel Levy* for appellant.

*Jonathan D. Wilson, Jr.* (*Henry Grusky* of counsel), for respondent.

Judgment affirmed. The question whether a person accused of attempted rape may be convicted upon the evidence of the complainant unsupported by other evidence is not presented by the record; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

MAX WULFSOHN et al., Respondents, *v.* RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC, Appellant.

(Submitted March 12, 1923; decided March 20, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 372.)